JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 25 2005

FILED
CLERK'S OFFICE

**A CERTIFIED TRUE COPY**

SEP 1 2 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 OCT -3 PM 2:46

OFFICE OF THE CLERK

DOCKET NO. 1507

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

4:05CV3174

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 21 2005

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-52)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,122 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

# SCHEDULE CTO-52 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW  3  05-3041 | Judith Ann Riggs, et al. v. Wyeth, et al. |
| ARW  6  05-6050 | Joan Rankin v. Wyeth, et al. |
| **CALIFORNIA CENTRAL** | |
| CAC  2  05-2300 | Marsha Henry v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-2302 | Maureen Finnegan, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-2304 | Dolores Arko, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-2306 | Laura Byrd, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-4298 | Peggy Pogue v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-4299 | Rose Moisi v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-4300 | Ida Lick, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-4301 | Dorothy Rymer v. Wyeth Pharmaceuticals, Inc., et al. |
| CAC  2  05-4842 | Sandra Kirkland v. Wyeth, et al. |
| CAC  2  05-4849 | Lois Carter, et al. v. Wyeth, et al. |
| CAC  2  05-4853 | Frances Farr v. Wyeth, et al. |
| CAC  2  05-4857 | Linda Eells v. Wyeth, et al. |
| CAC  2  05-4865 | Janet Arbogast v. Wyeth, et al. |
| CAC  2  05-4965 | Lois Duffy v. Wyeth |
| CAC  2  05-5000 | Eleanor Zexter, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  5  05-2463 | Lender Wilkerson, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN  5  05-2464 | Elizabeth Holden, et al. v. Pfizer, Inc., et al. |
| CAN  5  05-2465 | Roberta Alkire, et al. v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN  5  05-2466 | Gloria Shreve v. Wyeth Pharmaceuticals, Inc., et al. |
| CAN  5  05-2467 | Suzanne Franklin v. Wyeth Pharmaceuticals, Inc., et al. |
| **MASSACHUSETTS** | |
| MA  1  05-11382 | Hanna Hohenberg, et al. v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD  1  05-1780 | Helen Cain v. Pharmacia & Upjohn Co., LLC, et al. |
| MD  1  05-1805 | Linda L. Hickman, et al. v. Wyeth, Inc., et al. |
| MD  1  05-1854 | Anita B. Weintraub v. Wyeth, Inc., et al. |
| **MINNESOTA** | |
| MN  0  05-1323 | Marion Gardner, et al. v. Wyeth, et al. |
| MN  0  05-1324 | Carol Braun v. Wyeth, et al. |
| MN  0  05-1400 | Marian Jane Miller v. Wyeth, et al. |
| MN  0  05-1415 | Debra Cullum v. Wyeth, et al. |
| MN  0  05-1425 | Deborrah Sanders v. Wyeth, et al. |
| MN  0  05-1426 | Barbara Spiering v. Wyeth, et al. |
| MN  0  05-1432 | Patricia P. Demetriou v. Wyeth, et al. |
| MN  0  05-1445 | Genevieve L. Anderson v. Wyeth, et al. |
| MN  0  05-1457 | Ruth Lamb v. Wyeth, Inc., et al. |
| MN  0  05-1460 | Ruth Ann Lake v. Wyeth, Inc., et al. |
| MN  0  05-1461 | Carol Veal, et al. v. Wyeth, et al. |
| MN  0  05-1462 | Bess Steele, et al. v. Wyeth, et al. |
| MN  0  05-1465 | Laura Roth v. Wyeth, et al. |
| MN  0  05-1469 | Kitty Blower v. Wyeth, Inc., et al. |

SCHEDULE CTO-52 - TAG ALONG ACTIONS (MDL 1507)                                    PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MN  0  05-1470 | Margaret Hoskins v. Wyeth, Inc., et al. |
| MN  0  05-1471 | Lottie Cain v. Wyeth, Inc., et al. |
| MN  0  05-1472 | Mary Butler v. Wyeth, Inc., et al. |
| MN  0  05-1473 | Sandra Androvandi v. Wyeth, Inc., et al. |
| MN  0  05-1480 | Ruth Lemon v. Wyeth, Inc., et al. |
| MN  0  05-1483 | Lois Von Nostitz v. Wyeth, Inc., et al. |
| MN  0  05-1487 | Sylvia Stewart v. Wyeth, Inc., et al. |
| MN  0  05-1488 | Claretta Terry v. Wyeth, Inc., et al. |
| MN  0  05-1489 | Margaret Stone v. Wyeth, Inc., et al. |
| MN  0  05-1490 | Sylvia Sullivan v. Wyeth, Inc., et al. |
| MN  0  05-1492 | Linda Walz v. Wyeth, Inc., et al. |
| MN  0  05-1494 | Vondell Abrams v. Wyeth, Inc., et al. |
| MN  0  05-1497 | Ida Wotring v. Wyeth, Inc., et al. |
| MN  0  05-1498 | Imogene Steinbuch, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1499 | Linda Murphy, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1500 | Inez Wolfe, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1509 | Doris Huff, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1510 | Marie Mays, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1511 | Wilma Bonar, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1512 | Lois Blankenship, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1514 | Ruth Ann Himes, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1515 | Teresa Boots, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1522 | Shirley Huff, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1523 | Joyce Hamlin, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1524 | Carol Calvert Hines, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1525 | Cheryl Dudgeon, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1526 | Becky Sue Monk, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1527 | Ty Hart, et al. v. Wyeth, Inc., et al. |
| MN  0  05-1569 | Fred Hamilton, etc. v. Wyeth, et al. |
| MN  0  05-1577 | Patricia A. Muller v. Wyeth, Inc., et al. |
| MN  0  05-1582 | Terry Burchynsky v. Wyeth, et al. |
| MN  0  05-1583 | Laurie Erickson, et al. v. Wyeth, et al. |

MISSISSIPPI NORTHERN
| MSN  3  05-84 | Bettye Rogers Coward, et al. v. Wyeth, et al. |
| MSN  4  05-158 | Jo Ann Smith v. Wyeth Pharmaceuticals, Inc., et al. |

MONTANA
| MT  1  05-88 | Olivia R. Sheckleton, et al. v. Wyeth, Inc., et al. |

NORTH CAROLINA EASTERN
| NCE  4  05-83 | Sue R. Joyner v. Wyeth, Inc., et al. |
| NCE  4  05-84 | Ramona R. Ensley, et al. v. Wyeth, Inc., et al. |

NORTH CAROLINA MIDDLE
| NCM  1  05-608 | Tyra Dalton Hinton v. Wyeth, Inc., et al. |

NEBRASKA
| NE  4  05-3174 | Betty J. Draper v. Wyeth, et al. |

PENNSYLVANIA EASTERN
| PAE  2  05-3527 | Theresse Parolini, et al. v. Wyeth Pharmaceuticals, Inc., et al. |

SCHEDULE CTO-52 - TAG ALONG ACTIONS (MDL 1507)                                PAGE 3 OF 3

DIST. DIV. C.A. #              CASE CAPTION

SOUTH CAROLINA
  SC   6  05-1927           Elizabeth Carper, et al. v. Wyeth, Inc., et al.
  SC   6  05-1945           Lyda Jones v. Wyeth, Inc., et al.
  SC   8  05-1943           Juanita Zachow, et al. v. Wyeth, Inc., et al.

TEXAS SOUTHERN
  TXS  4  05-2319           Cheryl Le Compte v. Wyeth, et al.

WASHINGTON WESTERN
  WAW 2  05-1164           Sharon Root v. Wyeth, et al.